JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 728 -- IN RE RAIL COLLISION NEAR CHASE, MARYLAND ON JANUARY 4, 1987

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/02/20 | 1 | MOTION, BRIEF, SCHEDULE (A-1 thru A-7), EXHIBITS A-J, CERTIFICATE OF SERVICE -- Deft. Consolidated Rail Corporation -- SUGGESTED TRANSFEREE DISTRICT: E.D. PENNSYLVANIA (tmq) |
| 87/03/02 | | APPEARANCES: HOWARD LEVI, ESQ. for Kyra K. Bergin, et al.; DANIEL BACINE, ESQ. for Anthony Adebonojo; WAYNE M. THOMAS, ESQ. for Maquita Alexander; WARREN MULLOY, ESQ. for Selma Silberstein; MARK S. LANDMAN, ESQ. for National Railroad Passenger Corp.; LAURENCE SHIEKMAN, ESQ. for Consolidated Rail Corp.; LEONARD FASANO, ESQ. for Tara Proto (cds) |
| 87/03/04 | | APPEARANCE: WARREN RUBIN, ESQ. for Daisey Harvey (cds) |
| 87/03/04 | 2 | NOTICE OF TWO RELATED ACTIONS Corti and Wallis -- sent by counsel for pltf. Selma Silberstein -- w/service (cds) |
| 87/03/05 | | APPEARANCE: MICHAEL C. ZWAL, ESQ. for Tonya Staley (cds) |
| 87/03/06 | 3 | LETTER -- signed by Laurence Shiekman, counsel for Consolidated Rail -- w/service (cds) |
| 87/03/09 | 4 | RESPONSE (to pldg. #1) with BRIEF and EXHIBITS -- deft. National Railroad Passenger Corp. ("Amtrak") -- w/cert. of service (cds) |
| 87/03/09 | 5 | LETTER, REQUEST FOR EXTENSION - DENIED, AFFIDAVIT (treated as an INTERESTED PARTY RESPONSE), EXHIBITS A-C -- filed by pltfs. in Jane H. McRonald, et al. v. National Railroad Passenger Corp., et al., S.D. N.Y., C.A. No. 87-Civ-1168 -- w/cert. of service (cds) |
| 87/03/09 | 6 | RESPONSE/MEMORANDUM (to pldg. #1), EXHIBITS A-C -- pltfs. Maquita A. Alexander, Anthony Adebonojo, and Daisy Harvey -- w/cert. of service (cds) |
| 87/03/09 | 7 | RESPONSE (to pldg. #1) -- pltfs Kyra K. Bergin, et al. -- w/cert. of service (cds) |
| 87/03/11 | 8 | RESPONSE (to pldg. #1) -- pltf. Tonya Staley -- w/cert. of service (cds) |
| 87/03/11 | 9 | RESPONSE (to pldg. #1) -- pltf. Silma H. Silberstein -- w/cert. of service (cds) |
| 87/03/12 | 10 | LETTER -- signed by Richard Lubarsky, Esq., counsel for pltf. Kyra K. Bergin, et al. -- w/cert. of service (cds) |
| 87/03/16 | 11 | REPLY BRIEF (to pldg.#1) -- ~~Laurence Z. Shiekman~~ Consolidated Rail Corp -- w/cert. of svc. (tmq) |
| 87/03/16 | 12 | MOTION TO HOLD PROCEEDINGS IN ABEYANCE -- w/MEMORANDUM -- Anne B. Lackman interested party -- w/exhibits A,B,C -- and cert. of svc. (tmq) |

$P_2$

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

728     In re Rail Collision Near Chase, ~~Maryland on January 4, 1987~~

| | | |
|---|---|---|
| 87/03/16 | 13 | NOTICE OF RELATED ACTIONS -- Filed by Consolidated Rail Corp. -- Rauhauser v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-Civ-0749; Jackson v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-Civ-0772; McRonald, et al. v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-Civ-1168 and Park, et al. v. National Railroad Passenger Corp., et al., E.D. New York, C.A. No. 87-Civ-0634 (rh) |
| 87/03/17 | 14 | SUPPLEMENTAL INTERESTED PARTY RESPONSE, w/MEMORANDUM, EXHIBITS -- pltfs in Jane H. McRonald, et al. v. National Railroad Passenger Corp., et al., S.D. N.Y., C.A. No. 87-Civ-1168 -- w/cert. of service  (cds) |
| 87/03/18 | 15 | ADENDUM TO INTERESTED PARTY RESPONSE -- pltfs. in Jane H. McRonald, et al. v. National Railroad Passenger Corp., et al., S.D. N.Y., #87-Civ-1168 -- w/cert. of service  (cds) |
| 87/03/30 | 16 | INTERESTED PARTY RESPONSE -- pltf. in Norma T. Brady, etc. v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-CIV-1486 -- w/Attachment and cert. of service (cds) |
| 87/04/08 | 17 | NOTICE OF RELATED ACTION -- Filed by Consolidated Rail Corp. -- Jayne Musonye-Whitney v. Amtrack National Railroad Passenger Corp., et al., District of Columbia, C.A. No. 87-0582  (rh) |
| 87/04/09 | 18 | NOTICE OF RELATED ACTIONS -- Filed by Consolidated Rail Corp. -- Audrey S. Pearl v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No. 87-1803; William J. Washlick v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No. 87-1804; Sondra Barksdale v. National Railroad Passenger Corp., et al., E.D. New York, C.A. No. 87-0743 and Norma T. Brady v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-Civ-1486 (rh) |
| 87/04/20 | | HEARING ORDER -- Setting motion of defendant Consolidated Rail Corporation to transfer A-1 thru A-7 -- Washington, D.C. on May 21, 1987 -- Notified involved judges, clerks and counsel. (tmq) |

6.3

728

| | | |
|---|---|---|
| 87/04/20 | 19 | INTERESTED PARTY RESPONSE -- (to pldg. #1) Jose Jess Corti, etc. -- w/cert. of svc. (rh) |
| 87/05/05 | 20 | INTERESTED PARTY RESPONSE on behalf of S.D. & E.D. New York plaintiffs -- filed by pltf. Jane H. McRonald, et al. -- W/Supplemental list of New York cases pending in Federal & State Court and certificate of service. (paa) |
| 87/05/08 | 21 | INTERESTED PARTY RESPONSE/BRIEF -- Pltf. Maria Elisabeth Ross v. Consolidated Rail Corporation, d/b/a "Conrail" , et al., D. Maryland, C.A. No. H-87-1134 -- W/Exhibits A-D, Schedule of Cases and cert. of Svc. -- (paa) |
| 87/05/11 | 22 | APPLICATION FOR LEAVE TO PRESENT ORAL ARGUMENT -- John G. Kester, Esq. for Maria Elisabeth Ross. (tmq) |
| 87/05/13 | 23 | NOTICE OF RELATED ACTIONS, MEMORANDUM Maria Elisabeth Ross -- W/Attachments and cert. of svc. -- (paa) |
| 87/05/13 | 24 | SUPPLEMENTAL RESPONSE TO PLDG. #21 -- Pltf. Maria Elisabeth Ross -- W/Attachments and Cert. of Svc. (paa) |
| 87/05/18 | | HEARING APPEARANCES: (hearing of 5/21/87) -- LAURENCE Z. SHIEKMAN, ESQ. for Consolidated Rail Corp.; WAYNE M. THOMAS, ESQ. for Maquita Alexander, Daisy Harvey and Anthony Adebonojo; WARREN D. MULLOY, ESQ. for Selma H. Silberstein; MARK S. LANDMAN, ESQ. for National Railroad Passenger Corp. (Amtrak); JOHN G. KESTER, ESQ. for Maria Elisabeth Ross; JOHN P. COALE, ESQ. for Jose Jesse Corti; THE JACOB D. FUCHSBERG LAW FIRM for Jane H. McRonald, Gloria Cohn and Joshua Cohen (tmq) |
| 87/05/18 | | WAIVER OF ORAL ARGUMENT: (hearing 5/18/87) -- Bergin, Tara Proto. (tmq) |
| 87/05/15 | 25 | AMENDMENT TO MOTION TO ADD 14 ACTIONS (to pldg. #1) -- Defendant Consolidated Rail Corporation ("Conrail") -- W/Schedule of Actions and Cert. of Svc. (paa) |
| 87/05/15 | 26 | SUPPLEMENTAL BRIEF -- Defendant National Railroad Passenger Corporation (Amtrak) -- W/Exhibits A-D and Cert. of Svc. (paa) |
| 87/05/19 | 27 | INTERESTED PARTY RESPONSE -- Plaintiffs David and Martha Luce, et al. -- W/Brief, Notice of Appearance, and Cert. of Svc. (paa) |
| 87/05/19 | 28 | NOTICE OF RELATED ACTION (to pldg. #1) -- Plaintiffs Peggy Joan Moore, et al. -- W/Cert. of Svc. (paa) |

Case MDL No. 728   Document 1   Filed 06/11/15   Page 4 of 30

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 728 -- In re Rail Collision Near Chase, Maryland on January 4, 1987

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/05/20 | 29 | CORRECTION PLEADING (TO PLDG. #25) -- Consolidated Rail Corporation ("Conrail") -- W/Schedule of Actions and cert. of svc.  (paa) |
| 87/05/21 | 30 | INTERESTED PARTY MOTION, BRIEF AND RESPONSE (to pldg. #1) -- potential plaintiffs Maris E. Imbrie, Fenton Edler and John Edler -- w/cert. of Svc.  (paa) |
| 87/05/21 | 31 | FILED IN OPEN COURT -- copy of Pretrial Order No. 2 , filed in E.D. Pennsylvania on March 16, 1987   (cds) |
| 87/06/03 | | CONSENT OF TRANSFEREE COURT -- for transfer of litigation to D. Maryland to the Hon. Alexander Harvey, II  pursuant to 28 U.S.C. §1407 (rh) |
| 87/06/03 | | TRANSFER ORDER -- transferring A-1, A-2, A-3, A-4, A-5, A-7, B-8, B-11, B-12, B-16, B-17, B-21, and B-22 to the D. Maryland pursuant to 28 U.S.C. §1407 -- Notified invovled judges, clerks, counsel, misc. recipients and interested publishers (rh) |
| 87/06/22 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-13 Jayne Musonye-Whitney v. Amtrak National Railroad Passenger Corp., et al., District of Columbia, C.A No. 87-0582; B-14 Audrey S. Pearl, et al. v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A No. 87-1803; B-15 William J. Washlick v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No. 87-1804; C-23 Regina Csuka v. National Railroad Passenger Corp., et al., D. Connecticut, C.A. No. N-87-193-WWE and C-24 Keith Lillie v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-CIV-3304 -- Notified involved counsel and judges (rh) |
| 87/07/08 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (5 ACTIONS) -- B-13 Jayne Musonye-Whitney v. Amtrak National Railroad Passenger Corp., et al., District of Columbia, C.A No. 87-0582; B-14 Audrey S. Pearl, et al. v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A No. 87-1803; B-15 William J. Washlick v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No. 87-1804; C-23 Regina Csuka v. National Railroad Passenger Corp., et al., D. Connecticut, C.A. No. N-87-193-WWE and C-24 Keith Lillie v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-CIV-3304 -- Notified involved judges and clerks  (cds) |

5

728        In re Rail Collision Near Chase, Maryland on January 4,
           1987

87/07/27        CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-26 Sally Ann
                Termini v. National Railroad Passenger Corp., et al., S.D.
                New York, C.A. No. 87-Civ-4025(IBC), C-27 Sheila Barry v.
                National Rail Passenger Corp., et al., S.D. New York, C.A.
                No. 87-Civ-0382, C-28 Anthony Moore, et al. v. National
                Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No.
                87-4047, C-29 Kristine McNair, et al. v. National Railroad
                Passenger Corp., et al., S.D. New York, C.A. No. 87-Civ-4249,
                C-30 Sebsibe Mamo, et al. v. National Railroad Passenger
                Corp., et al., S.D. New York, C.A. No. 87-Civ-4168 --
                Notified involved counsel and judges. (tmq)

87/08/04        CONDITIONAL TRANSFER ORDER FILED TODAY -- C-31 April Bennett
                v. National Railroad Passenger Corporation, et al., E.D.
                Pennsylvania, C.A. No. 87-4516 -- NOTIFIED INVOLVED COUNSEL &
                JUDGES. (paa)

87/08/12        CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-26 Sally Ann
                Termini v. National Railroad Passenger Corp., et al., S.D.
                New York, C.A. No. 87Civ4025 (IBC); C-27 Sheila Barry v.
                National Rail Passenger Corp., et al., S.D. New York, C.A.
                No. 87Civ0382; C-28 Anthony Moore, et al. v. National
                Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No.
                87-4047; C-29 Kristine McNair, et al. v. National Railroad
                Passenger Corp., et al., S.D. New York, C.A. No. 87CIV4249
                and C-30 Sebsibe Mamo, et al. v. National Railroad Passenger
                Corp., et al., S.D. New York, C.A No. 87CIV4168 -- Notified
                judges and clerks (rh)

87/08/13        CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-34 Arthur W.
                Johnson, et al. v. National Railroad Passenger Corporation,
                et al., E.D. Pennsylvania, C.A. No. 87-4853; C-35 Deborah A.
                Duffy v. National Railroad Passenger Corporation, et al.,
                E.D. Pennsylvania, C.A. No. 87-4559 -- Notified involved
                judges and counsel. (paa)

87/08/17        CONDITIONAL TRANSFER ORDER FILED TODAY -- C-36 Juan Rozo, et
                al. v. National Railroad Passenger Corporation et al., E.D.
                New York, C.A. No. CV-87-1769 -- Notified involved counsel
                and Judges. (paa)

Case MDL No. 728   Document 1   Filed 06/11/15   Page 6 of 30

JPML FORM lA

*P-6* 

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 728 -- IN RE RAIL COLLISION NEAR CHASE, MARYLAND ON JANUARY 4, 1987

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/08/20 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-31 April Bennett v. National Railroad Passenger Corporation, et al., E.D. Pennsylvania, C.A. No. 87-4516 -- Notified involved judges and clerks. (paa) |
| 87/08/20 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-37 Cheryll A. Wilson v. National Railroad Passenger Corporation, et al., D. Connecticut, C.A. No. H-87-511-PCD -- Notified involved judges and counsel. (paa) |
| 87/08/21 | | APPEARANCE: ROBERT F. REKLAITIS, ESQ. for Arthur Johnson, et al. in C-34 (rh) |
| 87/08/31 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-34 Arthur W. Johnson, et al. v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No. 87-4853 and C-35 Deborah A. Duffy v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No. 87-4559 -- Notified involved judges and clerks (rh) |
| 87/09/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-36 Juan Rozo, et al. v. National Railroad Passenger Corporation, et al., E.D. New York, C.A. No. CV-87-1769 -- NOTIFIED INVOLVED CLERKS AND JUDGES. (paa) |
| 87/09/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-37 Cheryll A. Wilson v. National Railroad Passenger Corporation, et al., D. Connecticut, C.A. No. H-87-511-PCD -- NOTIFIED INVOVLED JUDGES AND CLERKS. (paa) |
| 87/09/30 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (4 actions) -- C-38 Janie M. Cleveland v. Amtrak, et al., D. New Jersey, #87-3206; C-39 Richard Isom v. Amtrak National Railroad Passinger Corp., et al., S.D. New York, #87-Civ-5023; C-40 Lolita Compas v. Amtrak National Railroad Passinger Corp., et al., S.D. New York, #87-Civ-5591; C-41 Abdullah Essa v. Amtrak National Railroad Passinger Corp., et al., S.D. New York, #87-Civ-6349 -- Notified involved judges and counsel (cds) |

JPML FORM 1A

Page 7                          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 728 __   IN RE RAIL COLLISION NEAR CHASE, MARYLAND ON JANUARY 4, 1987
_____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/10/22 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY (4 actions) -- C-38 Janie M. Cleveland v. Amtrak, et al., D. New Jersey, #87-3206; C-39 Richard Isom v. Amtrak National Railroad Passinger Corp., et al., S.D. New York, #87-Civ-5023; C-40 Lolita Compas v. Amtrak National Railroad Passinger Corp., et al., S.D. New York, #87-Civ-5591; C-41 Abdullah Essa v. Amtrak National Railroad Passinger Corp., et al., S.D. New York, #87-Civ-6349 -- Notified involved judges and clerks. (tmq) |
| 87/12/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-42 Kathleen Laskowitz v. Consolidated Rail Corp., et al., E.D. Pennsylvania, C.A. No. 87-6325; C-43 Elizabeth Grabe v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No. 87-6330 -- Notified involved counsel and judges. (tmq) |
| 87/12/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-43 Elizabeth Grabe v. National Railroad Passenger Corp., et al., E.D. Pennsylvania, C.A. No. 870-6330-JF -- Notified involved counsel and judges. (tmq) |
| 87/12/28 | 31 | NOTICE OF OPPOSITION C-42 Kathleen Laskowitz v. Consolidated Rail Corporation, et al., C.A. No. 87-6325, E.D. Pennsylvania -- Notified involved counsel and judges. (tmq) |
| 88/01/12 | 33 | REQUEST FOR EXTENSION OF TIME FOR FILING MOTION AND BRIEF -- pltf. (C-42) Kathleen Laskowitz -- GRANTED to and including 1/26/88. (paa) |
| 88/01/20 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-45 Anna Kamola, et al. v. National Railroad Passenger Corp., et al., E.D. Pa, #87-8358-EL and C-46 Daniel Del Bonifro v. Colsolidated Rail Corp., et al., E.D. Pa., #87-8372-EL -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 88/01/27 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- C-42 Kathleen Laskowitz v. Consolidated Rail Corp., et al., E.D. Pennsylvania, C.A. NO. 87-6325-TON -- Notified involved judges and clerks (paa) |

JPML FORM 1A
**Page 8**

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 728 -- IN RE RAIL COLLISION NEAR CHASE, MARYLAND ON JANUARY 4, 1987

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/02/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-47 Ernesto Sanchez, et al. v. Amtrak National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-CIV-2928 -- Notified involved counsel and judges (rh) |
| 88/02/05 | | CONDTIONAL TRANSFER ORDERS FINAL TODAY -- C-45 **Anna Kamola, et al.** v. National Railroad Passenger Corp., et al., E.D. Pa., #87-8358-EL and C-46 **Daniel Del Bonifro** v. Consolidated Rail Corp., et al., E.D. Pa., #87-8372-EL -- Notified involved judges and clerks. (tmq) |
| 88/02/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-48 Anne B. Lackman, et al. v. Consolidated Rail Corporation, et al., E.D. Pennsylvania, C.A. No. 87-8498 -- Notified involved counsel and judges (rh) |
| 88/02/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-47 Ernesto Sanchez, et al. v. Amtrak National Railroad Passenger Corp., et al., S.D. New York, C.A. no. 87-CIV-2928 -- w/cert. of service (cds) |
| 88/02/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-48 Anne B. Lackman, et al. v. Consolidated Rail Corp., et al., E.D. Pa., #87-8498 -- Notified involved judges and clerks (cds) |
| 88/03/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-52 Alan Brownstein v. National Railroad Passenger Corporation, et al., E.D. New York, C.A. No. 87-03270 -- Notified involved counsel and jduges (rh) |
| 88/03/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-53 Ernesto Cornejo, et al. v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-CIV-5547 -- Notified involved counsel and judges (rh) |
| 88/03/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-54 Walter Skretch v. National Railroad Passenger Corp. et al., E.D. New York, C.A. No. CV-87-2946 -- Notified involved judges and counsel (paa) |
| 88/03/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-52 Alan Brownstein v. National Railroad Passenger Corp., et al., E.D. New York, #87-03270 -- Notified involved judges and clerks (cds) |

JPML FORM 1A                                          p. 9

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.   728 --   In re Rail Collison Near Chase, Maryland on January 4, 1987

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 88/04/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-53 Ernesto Cornejo, et al. v. National Railroad Passenger Corp., et al., S.D. New York, C.A. No. 87-CIV-5547 -- Notified involved judges and clerks (rh) |
| 88/04/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-54 Walter Skretch v. National Railroad Passenger Corp., et al., E.D. New York, C.A. No. CV-87-2946 -- Notified involved judges and clerks (rh) |
| 88/04/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-55 Harry Bauer, et al. v. National Railroad Passenger Corp., et al., E.D Pa., C.A. No. 88-1576; C-56 David Segal v. Amtrak, et al., S.D.N.Y., C.A. No. 87-Civ-6376; C-57 Vernell L. Monroe, et al. v. Conrail Corp., et al., S.D.N.Y., C.A. No. 87-Civ-9327 (MJL); C-58 Deirdre Donnelly v. National Railroad Passenger Corp., S.D. N.Y., C.A. No. 87-civ-7042; C-59 Gladys Spencer v. National Railroad Passenger Corp., S.D.N.Y., C.A. No. 87-Civ-7043 -- Notified involved judges and counsel (ds) |
| 88/04/22 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-61 Hughes, et al. v. Consolidated Rail Corp., et al., S.D.N.Y., C.A. No. 88-Civ-254(SWK); D-62 Spencer v. CONRAIL, S.D. N.Y., C.A. No. 87-Civ-7654; D-63 Gayle v. CONRAIL, et al., S.D.N.Y., C.A. No. 87-Civ-8864; D-64 James v. National Railroad Passenger Corp., et al., E.D.N.Y., C.A. No. CV-88-0874 -- Notified involved judges and counsel  (ds) |
| 88/04/27 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-65 Jones, et al. v. Consolidated Rail Corp., et al., E.D.N.Y., C.A. No. 87-03392; D-66 Hall, et al. v. Amtrak, et al., E.D.N.Y., C.A. No. 87-03505; D-67 Colley, et al. v. Consolidated Rail Corp., et al., E.D.PA., C.A. No. 88-2781 -- Notified involved counsel and judges (ds) |
| 88/05/04 | 34 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltf. in D-65 Oliver Jones, et al. v. Consolidated Rail Corp., et al., E.D. New York, C.A. No. 87-03392 -- w/cert. of service (cds) |

JPML FORM 1A                                                    *p.10*

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 728 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 88/05/05 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- C-55 **Harry Bauer, et al.** v. National Railroad Passenger Corp., et al., E.D Pa., C.A. No. 88-1576; C-56 **David Segal** v. Amtrak, et al., S.D.N.Y., C.A. No. 87-Civ-6376; C-57 **Vernell L. Monroe, et al.** v. Conrail Corp., et al., S.D.N.Y., C.A. No. 87-Civ-9327 (MJL); C-58 **Deirdre Donnelly** v. National Railroad Passenger Corp., S.D. N.Y., C.A. No. 87-civ-7042; C-59 **Gladys Spencer** v. National Railroad Passenger Corp., S.D.N.Y., C.A. No. 87-Civ-7043 -- Notified involved judges and clerks  (cds) |
| 88/05/10 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-61 Hughes, et al. v. Consolidated Rail Corp., et al., S.D.N.Y., C.A. No. 88-Civ-254(SWK); D-62 Spencer v. CONRAIL, S.D. N.Y., C.A. No. 87-Civ-7654; D-63 Gayle v. CONRAIL, et al., S.D.N.Y., C.A. No. 87-Civ-8864; D-64 James v. National Railroad Passenger Corp., et al., E.D.N.Y., C.A. No. CV-88-0874 -- Notified involved judges and clerks  (cds) |
| 88/05/13 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- D-66 **Hall, et al.** v. Amtrak, et al., E.D.N.Y., C.A. No. 87-03505 and D-67 **Colley, et al.** v. Consolidated Rail Corp., et al., E.D.PA., C.A. No. 88-2781 -- Notified involved clerks and judges (ds) |
| 88/05/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- D-68 Amy Finkel v. National Railroad Passenger Corp., et al., D. New Jersey, C.A. No. 88-1247 -- Notified involved counsel and judges (ds) |
| 88/06/01 | 35 | NOTICE OF OPPOSITION to CTO -- D-68 Amy Finkel v. National Railroad Passenger Corp., et al., D. New Jersey, C.A. No. 88-1247 -- filed by pltf. Amy Finkel w/svc. -- Notified involved counsel and judges.  (ds) |
| 88/06/14 | | HEARING ORDER -- Setting opposition of plaintiff Amy Finkel to transfer of D-68 for hearing on July 28, 1988, in Portland, Maine.  Notified involved counsel, clerks, judges. (rew) |
| 88/06/21 | 36 | ORDER OF DISCONTINUANCE -- filed on May 4, 1988, signed by Judge Edward R. Korman, in the E.D. New York (re:  D-65) (ds) |
| 88/06/21 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- D-65 Oliver Jones, et al. v. Consolidated Rail Corp., et al., E.D. New York, C.A. No. 87-03392 -- Notified involved clerk, judges and counsel.  (ds) |

ℒ. 11

728    In re Rail Collision Near Chase, Maryland on January 4, 1987

88/07/08    37    LETTER WITHDRAWING NOTICE OF OPPOSITION TO TRANSFER --
                  plaintiff in D-68 Finkel  (cds)

88/07/08          ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING
                  JULY 28, 1988 HEARING -- re D-68 Amy Finkel v. National
                  Railroad Passenger Corp., et al., D. New Jersey, C.A. No.
                  88-1247 -- Notified involved judges, clerks and counsel
                  (cds)

88/07/18          CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-73 Sandra White
                  v. National Railroad Passenger Corp., et al., D. Mass., C.A.
                  No. 88-1397-N; E-74 Ann Shaheen v. National Railroad
                  Passenger Corp., et al., D. Mass., C.A. No. 88-1398-N; E-75
                  Wendy Bacis v. National Railroad Passenger Corp., et al., D.
                  Mass., C.A. No. 88-1399-N -- Notified involved counsel and
                  judges. (ds)

88/08/03          CONDITIONAL TRANSFER ORDERS FINAL TODAY -- E-73 Sandra White
                  v. National Railroad Passenger Corp., et al., D. Mass., C.A.
                  No. 88-1397-N; E-74 Ann Shaheen v. National Railroad
                  Passenger Corp., et al., D. Mass., C.A. No. 88-1398-N; and
                  E-75 Wendy Bacis v. National Railroad Passenger Corp., et
                  al., D. Mass., C.A. No. 88-1399-N -- Notified involved judges
                  and clerks  (cds)

88/09/14          CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-77 Linda Cohen
                  v. National Railroad Passenger Corp., et al., S.D. New York,
                  C.A. No. 88-Civ-5285; and E-78 Christine Parker v. National
                  Railroad Passenger Corp., et al., D. Conn., C.A. No.
                  N88-346-WWE -- Notified involved judges and counsel  (cds)

88/10/03          CONDITIONAL TRANSFER ORDERS FINAL TODAY -- E-77 Linda Cohen
                  v. National Railroad Passenger Corp., et al., S.D. New York,
                  C.A. No. 88-Civ-5285 and E-78 Christine Parker v. National
                  Railroad Passenger Corp., et al., D. Connecticut, C.A. No.
                  N88-346-WWE -- Notified involved judges and clerks  (rh)

89/01/25          CONDITIONAL TRANSFER ORDER FILED TODAY -- E 79 Ruth Amsel,
                  etc. v. Consolidated Rail Corp., et al., E.D. Pa., C.A. No.
                  88-9602 FVA -- Notified involved counsel and judges.  (ds)

89/02/10          CONDITIONAL TRANSFER ORDER FINAL TODAY -- E 79 Ruth Amsel,
                  etc. v. Consolidated Rail Corp., et al., E.D. Pa., C.A. No.
                  88-9602 FVA -- Notified involved judges and clerks  (cds)

JPML FORM 1A

$\beta \vee 2$

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 728--  _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/02/10 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- E-80 James J. Hauer, et al. v. Consolidated Rail Corp., et al., D. D.C., C.A. No. 88-3702; E-81 Donald R. Skinner v. National Railroad Passenger Corp., et al., D. D.C., C.A. No. 88-3636; E-82 Eric C. Von Schilgen v. National Railroad Passenger Corp., et al., D. D.C., C.A. No. 88-3637; E-83 Rodger Lindsay v. Amtrak, E.D. Pa., C.A. No. 89-0349 (CN) and E-84 Karma Wilson, et al. v. Northeast Commuter Services Corp., et al., E.D. Pa., C.A. No. 89-0350 (LP) -- Notified involved counsel and judges (rh) |
| 89/02/28 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- E-80 James J. Hauer, et al. v. Consolidated Rail Corp., et al., D. D.C., C.A. No. 88-3702; E-81 Donald R. Skinner v. National Railroad Passenger Corp., et al., D. D.C., C.A. No. 88-3636; E-82 Eric C. Von Schilgen v. National Railroad Passenger Corp., et al., D. D.C., C.A. No. 88-3637; E-83 Rodger Lindsay v. Amtrak, E.D. Pa., C.A. No. 89-0349 (CN) and E-84 Karma Wilson, et al. v. Northeast Commuter Services Corp., et al., E.D. Pa., C.A. No. 89-0350 (LP) -- Notified involved judges and clerks (cds) |
| 89/06/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-90 Jonathan Evans, et al. v. Consolidated Rail Corporation, et al., D. Massachusetts, C.A. No. 89-0216-K -- Notified involved counsel and judges (rh) |
| 89/06/23 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- F-91 Susan Schweitzer v. National Railroad Passenger Corporation, et al., S.D. New York, C.A. No. 89-CIV-1233 -- Notified involved counsel and judges (rh) |
| 89/07/06 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- F-90 Jonathan Evans, et al. v. Consolidated Rail Corporation, et al., D. Massachusetts, C.A. No. 89-0216-K -- Notified involved judges and clerks (rh) |
| 89/07/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- F-91 Susan Schweitzer v. National Railroad Passenger Corporation, et al., S.D. New York, C.A. No. 89-CIV-1233 -- Notified involved judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. _728_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: ___In re Rail Collision near Chase, Maryland on January 4, 1987___

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 21, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 3, 1987 | TO | _661_ F.Supp. _69_ | D. Maryland | Hon. Alexander Harvey, II | |

### Special Transferee Information

DATE CLOSED: 3/26/90

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. __728__ -- In re Rail Collision near Chase, Maryland on January 4, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Kyra K. Bergin, et al. v. National Railroad Passenger Corp., et al. | N.Y.,S. Kram | 87-Civ-0186 | 6-3-87 | *illegible* | *you re to 9/27/88 and 7/22/88* | |
| A-2 | Tonya Staley v. Consolidated Rail Corp., et al. | N.Y.,E. ~~Constantin~~ Costantino | CV-87-0080 | 6-3-87 | H87-1691 | 7/1/88D | |
| A-3 | Anthony Adebonojo v. National Railroad Passenger Corp., et al. | Pa.,E. Ludwig | 87-0235 | 6-3-87 | H87-1633 | 5/26/88D | |
| A-4 | Daisy Harvey v. National Railroad Passenger Corp., et al. | Pa.,E. Ludwig | 87-0193 | 6-3-87 | H87-1631 | 7/1/88 D | |
| A-5 | Maquita A. Alexander v. National Railroad Passenger Corp., et al. | Pa.,E. Ludwig | 87-0063 | 6-3-87 | H87-1632 | 5/26/88D | |
| A-6 | Selma H. Silberstein v. Consolidated Rail Corp., et al. | Md. Harvey | H-87-35 | — | | 7/1/88D | |
| A-7 | Tara Proto v. National Railroad Passenger Corp., et al. | Conn. Cabranes | N-87-10 | 6-3-87 | H87-1634 | 7/1/88 D | |
| B-8 | Andrew Rauhauser v. National Railroad Passenger Corp., et al. | N.Y.,S. Sweet | 87 Civ 0 749 | 6-3-87 | *illegible* | *you re to dism 9/26/88 -7/22/88* | |
| B-9 | Jose Jesse Corti, etc. v. National Railroad Passenger Corp., et al. | Md. Harvey | H-87-299 | — | | 7/26/88D | |
| B-10 | Patsy Wallis, et al. v. Consolidated Rail Corp., et al. | Md. Harvey | H-87-305 | — | | 7/6/88D | |
| B-11 | Jane H. McRonald, et al. v. National Railroad Passenger Corp., et al. | N.Y.,S. Weinfeld | 87 Civ 1168 | 6-3-87 | H-87-1886 | 7/1/88D | |
| B-12 | Jae Park, et al. v. National Railroad Passenger Corp., et al. | N.Y.,E. Nickerson | 87 Civ 0634 | 6-3-87 | H87-1690 | 7/1/88D | |
| B-13 | Jayne Musonye-Whitney v. Amtrak National Railroad Passenger Corp., et al. 6-22-87 | D.C. Greene | 87-0582 | 7/8/87 | H87-2286 | 7/1/88 D | • |

DOCKET NO. 728 -- In re Rail Collision near Chase, Maryland on January 4, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| —B-14 | Audrey S. Pearl, et al. v. National Railroad Passenger Corp., et al. 6-22-87 | Pa.,E. Ludwig | 87-1803 | 7/8/87 | 87-2883 | 7/1/88 D | • |
| —B-15 | William J. Washlick v. National Railroad Passenger Corp., et al. 6-22-87 | Pa.,E. Ludwig | 87-1804 | 7/8/87 | H-87-1972 | 7/1/88 D | • |
| B-16 | Sondra Barksdale v. National Railroad Passenger Corp., et al. | N.Y.,E. Constantin Costantino | CV-87-0743 | 6-3-87 | H-87-1697 | 7/1/88 D | |
| B-17 | Norma T. Brady v. National Railroad Passenger Corp., et al. | N.Y.,S. Cannella | 87-Civ-1486 | 6-3-87 | H-87-1885 | 5/26/88 D | |
| B-18 | Ernest H. Barry, Jr., et al. v. National Railroad Passenger Corp., et al. | Md. Harvey | H-87-1059 | — | ⟨⟩ | 7/26/88 D | |
| B-19 | Roger A. Horn, et al. v. National Railroad Passenger Corp., et al. | Md. Harvey | H-87-1135 | — | ⟨⟩ | 7/26/88 D | |
| B-20 | Maria Elisabeth Ross v. Consolidated Rail Corp., d/b/a Conrail, et al. | Md. Harvey | H-87-1134 | — | ⟨⟩ | 7/1/88 D | |
| B-21 | David Luce, et al. v. National Railroad Passenger Corp., et al. | R.I. | 87-257 L | 6-3-87 | H-87-1547 | 7/26/88 D | |
| B-22 | Augustine Jackson v. National Railroad Passenger Corp., et al. | N.Y.,S. Cooper | 87-Civ-0772 | 6-3-87 | H-87-1555 | 1404 re To husm MD-7/22/88 9/26/88 | |

July 1987 — 13 TR/6YY2 / 19 Pending
(Does not include B 13, 14 & 15)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C-23 | Regina Csuka v. National Railroad Passenger Corp., et al. 6-22-87 | D. Conn. Eginton | N-87-193-WWE | 7/8/87 | 87-2315 | 7/1/88 D | • |

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p. 3.

DOCKET NO. 728 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-24 | Keith Lillie v. National Railroad Passenger Corp., et al. 6-22-87 | N.Y.,S. Stanton | 87-CIV-3304 | 7/8/87 | L-87-1905 | 7/1/88D | |
| C-25 | Mary Lawson v. Consolidated Rail Corp., et al. | Md. | H-87-1476 | — | ~ | 7/1/88D | |
| C-26 | Sally Ann Termini v. National Railroad Passenger Corp., et al. 7/27/87 | N.Y.,S. Cooper | 87Civ4025 (IBC) | 8-12-87 | H-87-2609 | 7/1/88D | ✓ |
| C-27 | Sheila Barry v. National Rail Passenger Corp., et al. 7/27/87 | N.Y.,S. Conner | 87Civ0382 | 8-12-87 | H-87-2634 | 7/1/88D | ✓ |
| C-28 | Anthony Moore, et al. v. National Railroad Passenger Corp., et al. 7/27/87 | Pa.,E. Ludwig | 87-4047 | 8-12-87 | 87-2330 | 7/26/88D | ✓ |
| C-29 | Kristine McNair, et al. v. National Railroad Passenger Corp., et al. 7/27/87 | N.Y.,S. Owen | 87CIV4249 | 8-12-87 | H-87-2600 | 2/16/88D | ✓ |
| C-30 | Sebsibe Mamo, et al. v. National Railroad Passenger Corp., et al. 7/27/87 | N.Y.,S. Weinfeld | 87CIV4168 | 8-12-87 | H-87-2607 | 7/1/88D | ✓ |
| C-31 | April Bennett v. National Railroad Passenger Corporation, et al. 8/4/87 | PA.,E. Ludwig | 87-4516 | 8-20-87 | H87-2361 | 7/1/88D | ✓ |

DOCKET NO. 728 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-32 | Paul Williams, et al. v. National Railroad Passenger Corp., et al. | Md | H-87-1441 | | | 7/1/88D | |
| XYZ-33 | Margaret Walker v. Consolidated Rail Corp. | Md. | H-87-1659 | | | 10/6/88D | |
| C-34 | Arthur W. Johnson, et al. v. National Railroad Passenger Corporation, et al. 8/13/87 | Pa.,E. Ludwig | 87-4853 | 8-31-87 | H 87-2455 | 7/26/88D | |
| C-35 | Deborah A. Duffy v. National Railroad Passenger Corporation, et al. 8-13-87 | Pa.,E. Ludwig | 87-4559 | 8-31-87 | H-87-2460 | 5/26/88D | |
| C-36 | Juan Rozo, et al. v. National Railroad Passenger Corporation, et al. 8-17-87 | N.Y.,E. Costantino | CV-87-1769 | 9-2-87 | H-87-2506 | 7/1/88D | |
| C-37 | Cheryll A. Wilson v. National Railroad Passenger Corporation, et al. 8-20-87 | D.Conn. Dorsey | H-87-511 PCD | 9-8-87 | H-87-2608 | 7/1/88 | |
| C-38 | Janie M. Cleveland v. Amtrak, et al. 9/30/87 | D.N.J. Thompson | 87-3206 | 10/22/87 | H-87-3214 | 7/1/88D 10/19/88 | ✓ RMD-7/22/88 |
| C-39 | Richard Isom v. Amtrak National Railroad Passenger Corp., et al. 9/30/87 | S.D.N.Y. Owen | 87-Civ-5023 | 10/22/87 | H ~~-87-~~ | | |
| C-40 | Lolita Compas v. National Railroad Passenger Corp., et al. 9/30/87 | S.D.N.Y. Broderick | 87-Civ-5591 | 10/22/87 | H-87-3058 | 7/1/88D | ✓ |
| C-41 | Abdullah Essa v. National Railroad Passenger Corp., et al. 9/30/87 | S.D.N.Y. MacMahon | 87-Civ-6349 | 10/22/87 | H-87-3057 | 7/1/88D | |

DOCKET NO. 728 -- IN RE RAIL COLLISION NEAR CHASE, MARYLAND ON JANUARY 4, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-42 | Kathleen Laskowitz v. Consolidated Rail Corp., et al. 12/9/87 *opposed* 12/28/87 | E.D.PA O'Neill | 87-6325 TON | 1-27-88 | H-88-391 | 7/1/88 D | |
| C-43 | Elizabeth Grabe v. National Railroad Passenger Corp., et al. 12/9/87 | E.D.PA. Fullam | 87-6330 JF | 12/28/87 | H-88-68 | 8/2/88 D | |
| XYZ-44 | Tony Velonis v. National Railroad Passenger Corp., et al. | D. Md. | 87-3038 | — | | 2/1/88 D | |
| C-45 | Anna Kamola, et al. v. National Railroad Passenger Corp., et al. 1/20/88 | E.D.PA. Ludwig | 87-8358 EL | 2/5/88 | H-88-550 | 7/26/88 D | |
| C-46 | Daniel Del Bonifro v. Consolidated Rail Corporation, et al. 1/20/88 | E.D.PA. Ludwig | 87-8372 EL | 2/5/88 | H-88-548 | 7/1/88 D | ✓ |
| C-47 | Ernesto Sanchez, et al. v. Amtrak National Railroad Passenger Corp., et al. 2-3-88 | S.D.N.Y. Owen | 87-CIV-2928 | 2/11/88 | H-88-620 | 7/1/88 D | |
| C-48 | Anne B. Lackman, et al. v. Consolidated Rail Corporation, et al. 2-9-88 | E.D.Pa. Bechtle | 87-8498 | 2/22/88 | H-88-654 | 7/26/88 D | ✓ |
| XYZ-49 | Richard Furr v. National Railroad Passenger Corp., etc., et al. | D. Md. | H-88-523 | — | | 7/15/88 D | |
| XYZ-50 | Mary McBride v. National Railroad Passenger Corp., etc., et al. | D. Md. | H-88-524 | — | | 10/3/88 D | |
| XYZ-51 | Denise R. Evans, etc., et al. v. Consolidated Rail Corp., etc., et al. | D.Md. | H-88-432 | — | | 7/26/88 D | |

DOCKET NO. 728  --  IN RE RAIL COLLISION NEAR CHASE, MARYLAND ON JANUARY 4, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-52 | Alan Brownstein v. National Railroad Pasenger Corp., et al. *3-10-88* | N.Y.E. Costantino | 87-03270 | 3-28-88 | H-86-1117 | DIS 11/2/88 MD-7/22/88 | DIS 11/2/88 |
| C-53 | Ernesto Cornejo, et al. v. National Railroad Passenger Corp., et al. *3-16-88* | N.Y.,S Kram | 87-Civ-5547 | 4-1-88 | H-88-1253 | 7/1/88D | ✓ |
| C-54 | Walter Skretch v. National Railroad Passenger Corp., et al. *3-23-88* | N.Y.,E. Weinstein | CV-87-2946 | 4-8-88 D | H-88-1199 | 7/6/88D | |
| C-55 | Harry Bauer, et al. v. National Railroad Passenger Corporation, et al. *4/19/88* | PA.,E. Gawthrop | 88-1576 | 5/5/88 | H-88-1379 | 7/26/88D | |
| C-56 | David Segal v. Amtrak, et al. *4/19/88* | N.Y.,S. Sprizzo | 87-Civ-6376 (JES) | 5/5/88 | H-88-1405 | 7/1/88D | |
| C-57 | Vernell L. Monroe, et al. v. Conrail Corporation, et al. *4/19/88* | N.Y.,S. Lowe | 87-Civ-9327 (MJL) | 5/5/88 | H-88-1416 | 7/1/88D | |
| C-58 | Deirdre Donnelly v. National Railroad Passenger Corporation *4/19/88* | N.Y. ,S. Duffy | 87-Civ-7042 | 5/5/88 | H-88-1406 | 7/1/88D | |
| C-59 | Gladys Spencer v. National Railroad Passenger Corporation *4/19/88* | N.Y.,S. Sweet | 87-Civ-7043 | 5/5/88 | H-88-1417 | 7/1/88D | |
| XYZ-60 | Constance ~~Ferguson~~ Miller v. National Railroad Passenger Corp., et al. | D. Md Harvey | 88-667 | —— | | 8/3/88 D | |
| D-61 | Stephen Hughes, et al. v. Consolidated Rail Corp., et al. *4/22/88* | S.D.N.Y. Kram | 88-Civ-254 (SWK) | 5/10/88 | H-88-1576 | | |
| D-62 | Gladys Spencer v. Conrail *4/22/88* | S.D.N.Y. Haight | 87-Civ-7654 | 5/10/88 | H-88-1474 | 7/1/88D | |
| D-63 | Evelyn Gayle v. Conrail, et al. *4/22/86* | S.D.N.Y. Sand | 87-Civ-8864 (LBS) | 5/10/88 | H-88-1522 | 7/1/88D | |

DOCKET NO. 728 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-64 | Rhonda James v. National Railroad Passenger Corp., et al. 4/22/88 | E.D.N.Y. Sifton | CV-88-0874 | 5/10/88 | 88-2074 | 11/30/88D | |
| D-65 | Oliver Jones, et al. v. Consolidated Rail Corp., et al. 4/27/88 appeal 5/4/88 | N.Y.,E. Korman | 87-03392 | | | | Vacated 6/21/88 |
| D-66 | Gavin Hall, et al. v. Amtrak, et al. 4/27/88 | N.Y.,E. Korman | 87-03505 | 5/13/88 | H-88-2224 | 8/4/88D | |
| D-67 | Thomas Colley, et al. v. Consolidated Rail Corp., et al. 4/27/88 | Pa.,E. Bechtle | 88-2781 | 5/13/88 | H-88-1466 | 7/26/88D | |
| D-68 | Amy Finkel v. National Railroad Passenger Corp., et al. 5/17/88 Opposed 6/1/88 | D.N.J. Ackerman | 88-1247 | 7/4/88 | | closed | |
| XYZ-69 | Roslyn M. Waters v. National Railroad Passenger Corp. T/A Amtrak, et al. | Md. Harvey | H-87-1589 | — | | 7/1/88 | |
| XYZ-70 | Maris E. Imbrie, etc., et al. v. National Railroad Passenger Corp., et al. | Md. Harvey | H-87-2659 | — | | 7/26/88D | |
| XYZ-71 | Lisa R. Simon v. Consolidated Rai. Corp. a/k/a Conrail, et al. | Md. Harvey | H-88-1313 | | | 2/7/89D | |
| XYZ-72 | Betty Carter Norfleet v. National Railroad Passenger Corp., et al. | D. Md. | H-88-1545 | — | | 7/1/88D | trans. to D.Md. J. Hedges Order 5/27/88 |

July 1988 — 39 De/11 XYZ/1 Dis/68 Pending
(D-65 Denied + D-68 opposed)

DOCKET NO. 728 -- In re Rail Collision near Chase, Maryland on January 4, 1987

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| E-73 | Sandra White v. National Railroad Passenger Corp., et al. 7/18/88 | Mass. Nelson | 88-1397-N | 8/3/88 | H88-2472 | 5/11/89 D | |
| E-74 | Ann Shaheen v. National Railroad Passenger Corp., et al. 7/18/88 | Mass. Nelson | 88-1398-N | 8/3/88 | H88-2473 | 5/11/89 D | |
| E-75 | Wendy Bacis v. National Railroad Passenger Corp., et al. 7/18/88 | Mass. Nelson | 88-1399-N | 8/3/88 | H88-2474 | 5/11/89 D | |
| XYX-76 | Mary F. Clay, etc., et al. v. Consolidated Rail Corp | D.Md. | 88-1511 | | | 7/11/88 D | |
| E-77 | Linda Cohen v. National Railroad Passenger Corp., et al. 9/1/88 | S.D.N.Y. Lowe | 88-Civ-5285 | 11/3/88 | H88-3131 | 5/10/89 D | |
| E-78 | Christine Parker v. National Railroad Passenger Corp., et al. 9/1/88 | Conn. Eginton | N88-346-WWE | 11/3/88 | H88-3158 | 11/18/88 D | ✓ |
| E-79 | Ruth Amsel, etc. v. Consolidated Rail Corp., et al. 1/25/89 | E.D. Pa. Van Antwerpen | 88-9602 FVA | D | H89-582 | 4/89 D | |
| E-80 | James J. Hauer, et al. v. Consolidated Rail Corp., et al. 2-10-89 | D.D.C. Revercomb | 88-3702 | 2/28/89 | H89-923 | 8/16/89 D | |
| E-81 | Donald R. Skinner v. National Railroad Passenger Corporation, et al. 2-10-89 | D.D.C. Flannery | 88-3636 | 2/28/89 | H89-974 | 10/24/89 D | |
| E-82 | Eric C. Von Schilgen v. National Railroad Passenger Corporation, et al. 2-10-89 | D.D.C. Flannery | 88-3637 | 2/28/89 | H-89-972 | 10/24/89 D | |
| E-83 | Rodger Lindsay v. Amtrak 2-10-89 | E.D.Pa. Newcomer | 89-0349 (CN) | 2/28/89 | H-89-950 | 5/2/89 D | |
| E-84 | Karma Wilson, et al. v. Northeast Commuter Services Corporation, et al. 2-10-89 | E.D.Pa. Pollak | 89-0350 (LP) | 2/28/89 | H-89-929 | 9/30/89 D | |

DOCKET NO. 128 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-85 | Michael Frederick v. Consolidated Rail Corp., et al. | D.Md | H-88-3334 | — | — | 5/11/89D | |
| XYZ-86 | Richard Evans, et al. v. Consolidated Rail Corp., et al. | D. Md. | H-88-3335 | — | — | 5/11/89D | |
| XYZ-87 | Brenda A. Walker v. National Railroad Passenger Corporation, etc., et al. | D. Md. | H-89-494 | — | — | 5/11/89D | |
| XYZ-88 | Charlene B. Avery v. National Railroad Passenger Corp., etc., et al. | D. Md. | H-89-495 | — | — | 5/11/89D | |
| XYZ-89 | Don E. Keasey v. National Railroad Passenger Corp., et al. | D. Md. | H-89-493 | — | — | 5/11/89D | |
| | *July 1989 - 12 TR/7* | | *XY2/71 Dis/16 Jdg.* | | | | |
| F-90 | Jonathan Evans, et al. v. Consolidated Rail Corporation, et al. *6-19-89* | D.Mass. Caffrey Keeton | 89-0216-K | 7-6-89 | | 9/30/89D✓ | |
| F-91 | Susan Schweitzer v. National Railroad Passenger Corporation, et al. *6-23-89* | S.D.N.Y. Owen | 89-CIV-1233 | 7-11-89 | | 3/26/90D✓ | |
| XYZ-92 | Karma Wilson, et al. v. Amtrak, et al. | D.Md | H-89-929 | --------- | --------- | 9/11/89 | |
| XYZ-93 | Johnathan Evans, et al. v. Consolidated | D.Md. | H-80-2237 | --------- | --------- | 9/6/89 | |
| | *July 1990 - 2 TR/2 XY2/20 Dis/ Litigation Closed* | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  728  --  In re Rail Collision Near Chase, Maryland, on January 4, 1987

LIAISON COUNSEL FOR PLAINTIFFS
Read K. McCaffrey, Esq.
William F. Ryan, Jr., Esq.
Marc S. Rosen, Esq.
Whiteford, Taylor & Preston
Suite 1400
Seven Saint Paul Street
Baltimore, Maryland  21202
(301) 347-8700

LEAD COUNSEL FOR PLAINTIFFS
John G. Kester, Esq.
John J. Buckley, Jr., Esq.
Stephen L. Urbanczyk, Esq.
Williams & Connolly
839 17th Street, N.W.
Washington, D.C.  20006
(202) 331-5000

LIAISON COUNSEL FOR ALL DEFENDANTS
Mark J. Daneker, Esq.
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland   21201
(301) 539-5040

James W. Constable, Esq.
Wright, Constable & Skeen
Sun Life Building
Third Floor
20 South Charles Street
Baltimore, Maryland  21201
(301) 539-5541

CONSOLIDATED RAIL CORP.
James B. Sarsfield, Esquire
Hamilton and Hamilton
1300 New York Avenue, N.W.
Inter-American Bank Building
Suite 201-E
Washington, D.C.  20005
(202) 898-1300

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 728 -- In re Rail Collision Near Chase, Maryland on January 4, 1987

---

KYRA K. BERGIN, ET AL. (A-1)
Howard B. Levi, Esq.
Kornstein, Veisz & Wexler
757 Third Avenue
New York, NY 10017

TONYA STALEY (A-2)
Michael C. Zwal, Esq.
F. Lee Bailey and
Aaron J. Broder
350 Fifth Avenue
New York, NY 10118

ANTHONY ADEBONOJO (A-3)
Daniel E. Bacine, Esq.
Barrack, Rodos & Bacine
1845 Walnut Street - Suite 2100
Philadelphia, PA 19103

DAISY HARVEY (A-4)
Warren Rubin, Esq.
Gross & Sklar, P.C.
1500 Walnut Street
Suite 600
Philadelphia, PA 19102

MAQUITA A. ALEXANNDER (A-5)
Wayne M. Thomas, Esq.
1101 Market Street
24th Floor
Philadelphia, PA 19107

SELMA H. SILBERSTEIN (A-6)
Warren D. Mulloy, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Tara Proto (A-7)
Leonard A. Fasano, Esq.
412 Orange Street
New Haven, CT 06510

AMTRAK COMMUTER SERVICES CORP.
NATIONAL RAILROAD PASSENGER CORP.
Mark S. Landman, Esq.
Siff, Newman, Rosen & Parker
233 Broadway
New York, NY 10279

CONSOLIDATED RAIL CORP.
Laurence Z. Shiekman, Esq.
Pepper, Hamilton & Scheetz
2001 The Fidelity Building
123 South Broad Street
Philadelphia, PA 19109

ANDREW RAUHAUSER (B-8)
AUGUSTINE JACKSON (B-22)
Harry H. Lipsig, Esq.
Lipsig, Sullivan & Liapakis
100 Church Street
New York, New York 10007

JOSE JESSE CORTI, ETC. (B-9)
John P. Coale, Esq.
Coale, Kananck & Murgatroyd
1507 22nd Street, N.W.
Washington, D.C. 20037

Wendell H. Gauthier, Esq.
Patrick J. McCabe, Esq.
Gauthier, Murphy, Sherman, McCabe
 & Chehardy
3500 N. Hullen Street
Metaire, Louisiana 70002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. __728__ -- _____

PATSY WALLIS, ET AL. (B-10)
Joel J. Shugarman, Esq.
Michael E. Mehring, Esq.
Levi & Shugarman
36 S. Charles Street, Suite 1901
Baltimore, Maryland 21201

Paul D. Bekman, Esq.
Israelson, Salsbury, Clements
  & Bekman
Suite 600, Jefferson Building
2 East Fayette Street
Baltimore, Maryland 21202

JANE H. McRONALD, ET AL. (B-11)
Rosalin Fuchsberg Kaufman, Esq.
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York 10110

JAE PARK, ET AL. (B-12)
Leonard L. Finz, Esq.
217 Broadway
Suite 309
New York, New York 10007

JAYNE MUSONYE-WHITNEY (B-13)
Michael S. Rosier, Esq.
1411 K Street, N.W.
Suite 711
Washington, D.C. 20005

AUDREY S. PEARL, ET AL. (B-14)
WILLIAM J. WASHLICK (B-15)
Marvin Lundy, Esq.
Manchel, Lundy & Lessin
42 S. 15th Street, 8th Floor
Philadelphia, PA. 19102

SONDRA BARKSDALE (B-16)
Rosenbaum, Wise, Lerman & Katz
440 Park Avenue South
New York, New York 10016

NORMA T. BRADY (B-17)
Thomas A. Dickerson, Esq.
545 Fifth Avenue
New York, New York 10017

*Corres Ret'd*

ERNEST H. BARRY, JR., ET AL. (B-18)
J. Hardin Marion, Esq.
William C. Sammons, Esq.
Tydings & Rosenberg
201 N. Charles Street
Baltimore, Maryland 21201

ROGER A. HORN, ET AL. (B-19)
Robert W. Katz, Esq.
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander
233 East Redwood Street
Baltimore, Maryland 21202

MARIA ELISABETH ROSS (B-20)
John G. Kester, Esq.
Paul Martin Wolff, Esq.
Williams & Connolly
839 Seventeenth Street, N.W.
Washington, D.C. 20006

REGINA CSUKA (C-23)
Laura M. Mooney, Esq.
Brayton & Mengacci
P.O. Box 2757
Waterbury, Connecticut 06723

KEITH LILLIE (C-24)
Pillersdorf, Nassy & Hill
291 Broadway
New York, New York 10007

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO. ___728___ -- IN RE RAIL COLLISION NEAR CHASE, MARYLAND ON JANUARY 4, 1987

SALLY ANN TERMINI   (C-26)
Peter M.J. Reilly, Esquire
444 Main Street
Post Office Box 230
Islip, New York  11751

SHEILA BARRY  (C-27)
Donald J. Cayea, Esquire
1180 Avenue of the Americas
New York, New York  10036

ANTHONY MOORE, ET AL. (C-28)
Ben W. Joseph, Esquire
Joseph Berkman & Joseph
117 S. 17th Street
Philadelphia, PA  19103

Paul R. Friedman, Esquire
David W. Odgen, Esquire
Ennis, Friedman & Bersoff
Suite 400, 1200 17th St., N.W.
Washington, D.C.  20036

KRISTINE McNAIR, ET AL. (C-29)
Sarena Kaminer, Esquire
291 Broadway, 17th Floor
New York, New York  10007

SEBSIBE MAMO, ET AL. (C-30)
The Jacob D. Fuchsberg Law Firm
500 Fifth Avenue
New York, New York  10110

AMTRAK COMMUTER SERVICE CORP. (Deft.C-27)
Mark S. Landman, Esquire
Siff, Newman, Rosen & Packer
(Same as National Railroad
  Passenger Corp.)

APRIL BENNETT,  (C-31)
Arnold Levin, Esquire
Laurence S. Berman, Esq.
Ste. 600, 320 Walnut Street
Philadelphia, PA  19106

Michael A. Marks, Esquire
804 Stephen Girard Bldg.
21 South 12th Street
Philadelphia, PA  19107

ARTHUR W. JOHNSON, ET AL.  (C-34)
Robert F. Reklaitis, Esquire
Charles I. Appler, Esquire
Hamel & Park
888 Sixteenth Street, N.W., Suite 700
Washington, D.C.  20006

DEBORAH A. DUFFY   (C-35)
Wayne M. Thomas, Esquire
707 Architects Building
117 South 17th Street
Philadelphia, PA  19103

JUAN ROZO, ET AL.  (C-36)
David Horowitz, Esquire
276 5th Avenue
New York, New York  10001

CHERYLL A. WILSON   C-37)
Thomas A. Kenefick, III, Esquire
Cooley, Shrair, Alpert, Labovitz
  & Dambrov, P.C.
1380 Main Street
Springfield, MA  01103

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __4_____

DOCKET NO. __728___ -- _____

---

JANIE M. CLEVELAND (C-38)
George M. Chamlin, Esq.
Chamlin, Schottland, Rosen,
   Cavanagh & Uliano
268 Norwood Avenue
W. Long Branch, New Jersey  07764

RICHARD ISOM (C-39)
James Gilroy, Esq.
Gilroy, Downes & Horowitz
56 Thomas Street
New York, New York  10013

LOLITA COMPAS (C-40)
Robert Horowitz, Esq.
107 Northern Boulevard
Great Neck, New York  11021

ABDULLAH ESSA (C-41)
Sarena Kaminer, Esq.
(SAME AS C-29)

KATHLEEN LASKOWITZ    (C-42)

C. Richard Grieser, Esq.
Greser, Schafer, Blumenstiel & Slane
261 West Johnstown Road
Columbus, Ohio  43230

ELIZABETH GRABE (C-43)
Val Pleet Wilson, Esq.
Wilson & Silverstein
1500 Walnut Street
Suite 300
Philadelphia, PA  19102

---

ANNA KAMOLA, ET AL. C-45
Stanley J. Glod, Esquire
2323 Creek Drive
Alexandria, Virginia 22308

Bernard J. Nearey, Esquire
1718 Locust Street
Philadelphia, Pennsylvania 19103

DANIEL DEL BONIFRO   C-46
A. Leo Sereni, Esquire
Sereni & Lunardi
The Marple Commons
2002 Sproul Road
Broomall, Pennsylvania 19008

ERNESTO SANCHEZ, ET AL. (C-47)
Jonathan Bryer, Esq.
Rosenberg, Minc, Bryer & Armstrong
122 East 42nd Street
New York, New York  10168

ANNE B. LACKMAN (C-48)
Alan Black, Esq.
Fine, Kaplan & Black
1845 Walnut Street
23rd Floor
Philadelphia, Pennsylvania  19103

Williams & Connolly
Already Listed

ALAN BROWNSTEIN (C-52)
Levine & Grossman
204 Old Country Road
Mineola, New York  11501

ERNESTO CORNEJO, ET AL. (C-53)
David Jaroslawicz, Esq.
Two Lafayette Street
New York, New York  10007

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 728 ___ -- In re Rail Collision Near Chase, Maryland, on January 4, 1987

SANDRA WHITE (E-73)
ANN SHAHEEN (E-74)
WENDY BACIS (E-75)
James F. Freeley, Jr., Esq.
Freeley & Freeley
One McKinley Square
Boston, MA  02109

LINDA COHEN (E-77)
David Beekman, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY  10017

CHRISTINE PARKER (E-78)
John J. Nazzaro, Esq.
Robert I. Reardon, Jr., Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT  06320

RUTH AMSEL, ETC. (E-79)
Mitchell A. Kaye, Esquire
Coffey & Kaye
Suite 718
Two Bala Plaza
Bala Cynwyd, Pennsylvania  19004

JAMES J. HAUER, ET AL. (E-80)
Jacob A. Stein, Esq.
Stein, Mitchell & Mezines
110 Connecticut Ave., N.W.
11th Floor
Washington, D.C.  20036

DONALD R. SKINNER (E-81)
ERIC C. VON SCHILGEN (E-82)
Edward L. Norwind, Esq.
Paulson, Nace, Norwind
  & Sellinger
1814 N Street, N.W.
Washington, D.C.  20036

RODGER LINDSAY (E-83)
Lewis S. Small, Esq.
Small & Margolin
1717 Spring Garden Street
Philadelphia, Pennsylvania  19130

KARMA WILSON, ET AL. (E-84)
Joseph T. Molieri, Jr., Esq.
Suite 1420, P.S.F.S. Bldg.
12 South 12th Streeet
Philadelphia, Pennsylvania  19107

JONATHAN EVANS, ET AL. (F-90)
Albert P. Zabin, Esq.
R. Keith Partlow, Esq.
Schneider, Reilly, Zabin & Costello
One Center Plaza, Suite 200
Boston, Massachusetts  02108

SUSAN SCHWEITZER (F-91)
Carl Wisotsky, Esq.
Queller, Fisher, Bower & Wisotsky
110 Wall Street
New York, New York  10005

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __728__ -- In re Rail Collision Near Chase, Maryland on January 4, 1987

---

WALTER SKRETCH (C-54)
John J. Breen, Esq.
129 15th Avenue
Sea Cliff, New York  11579

HARRY BAUER, ET AL.   (C-55)
Allen Black, Esquire
23rd Floor
1845 Walnut Street
Philadelphia, PA  19103

Bertram D. Fisher, Esquire
Ira Bartfield, Esq.
Carl Wistosky, Esq.
110 Wall Street
New York, New York  10005

DAVID SEGAL    (C-56)
Gregory Peck, Esquire
369 E. 149 Street
Bronx, New York  10455

VERNELL L. MONROE, ET AL. (C-57)
William J. Ewing, Esquire
c/o Norman Frowley, Esquire
225 Broadway, Suite 305
New York, New York  10004
(212-233-8282)
DEIRDRE DONNELLY,  (C-58)
GLADYS SPENCER,  (C-59)
Morris J. Eisen, Esquire
233 Broadway
New York, New York  10279

RICHARD GATES    (Deft. C-57)
 (unable to determine counsel)

EDWARD CROMWELL   (Deft. C-57)
 (unable to determine counsel)

STEPHEN HUGHES, ET AL. (D-61)
Jrom & Wittels, P.C.
349 East 149th Street
Bronx, New York  10451

GLADYS SPENCER (D-62)
Morris J. Eisen, P.C.
233 Broadway
New York, New York  10279

EVELYN GAYLE (D-63)
Simonson, Hess & Leibowitz, P.C.
15 Maiden Lane
New York, New York  10038

RHONDA JAMES (D-64)
Paul N. Weltman, Esquire
507 Rockaway Avenue
Valley Stream, New York  11580

OLIVER JONES, ET AL. (D-65)
Johnson, Tannen, Brecher, Fishman,
  Feit & Heller, P.C.
225 Broadway
New York, NY  10007                 opposed 5/4/88

GAVIN HALL, ET AL. (D-66)
Composto & Longo
142 Joralemon Street
Brooklyn, NY  11201

THOMAS COLLEY, ET AL. (D-67)
John Kester, Esq.
(already listed as Liaison Counsel)

Thomas L. Bright, Eq.
Mark Weigle and Perkins
115 East King Street
Shippensburg, PA  17257

AMY FINKEL (D-68)
George J. Duffy, Esquire
Baker, Garber, Duffy & Pedersen
1 Newark Street
Hoboken, New Jersey  07030
                    opposed 6/1/88 lifted

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _728_ -- _In re Rail Collision Near Chase, Maryland, on January 4, 1987_

| Name of Party | Named as Party in Following Actions |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION | C-49, C-49, C-59, C-59, C-54, C-55, C-56, D-58, D-59, D-61, D-64, D-68, E-73, 78, 75, E-79, E-79, E-80, E-81, E-82, E-83, E-84, E-90, E-91 |
| CONSOLIDATED RAIL CORPORAT | C-49, 49, C-59, C-59, C-54, C-55, C-57, D-61, D-62, D-63, D-64, D-68, E-73, 74, 75, E-79, E-79, E-80, E-81, E-82, E-84, E-90, E-91 |
| AMTRAK COMMUTER SERVICES CORP. | C-27, C-38, C-39, C-40, C-41, C-45, C-46, C-56, C-57, D-63 |
| RICHARD GATES | C-57, |
| EDWARD CROMWELL | C-57, |
| | |
| | |
| | |
| | |
| | |
| | |